# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MICHAEL J. GREEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:13-00260-KD-N |
| CITY OF SELMA, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 1, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' motions to dismiss (Docs. 17, 19, 29, 32) are **GRANTED** in their entirety, such that the claims against the City of Selma are **DISMISSED without prejudice** and that the claims against all other Defendants are **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the 29th day of August 2014.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**